UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22326-CIV-JEM

LEONARDO CRUZ TORRES and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                                   )
                     Plaintiff, )
  vs. )
                                                    )
SOLID BUILDERS, INC., )
IGNACIO HERNANDEZ, )
                                                    )
                   Defendants. )
_____ )

**PLAINTIFF'S STATEMENT OF CLAIM**

       Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Federal Minimum Wage Claim (6/19/12-3/28/14):**
Amount of minimum wage per hour not compensated: $5.53 (based on Fed. MW 7.25-1.72)
Weeks: 90 (92 weeks rounded down less 2 weeks and 2 days in March 2014)
Hours per week: 58
Total wages unpaid and liquidated damages: $28,866.60 X 2 = $57,733.20

**Federal Half-time Overtime Claim (6/19/12-3/28/14):**
Amount of half time per hour not compensated: $3.62 (based on Fed. MW 7.25)
Weeks: 90 (92 weeks rounded down less 2 weeks and 2 days in March 2014)
Overtime hours per week: 18
Total wages unpaid and liquidated damages: $5,864.40 X 2 = $11,728.80

**Federal Minimum Wage Claim (2 weeks and 2 days in March 2014):**
Amount of minimum wage per hour not compensated: $7.25
Hours: 100
Total wages unpaid and liquidated damages: $725 X 2 = $1,450

**Federal Time and One-half Overtime Claim (2 weeks and 2 days in March 2014):**
Amount of time and one-half per hour not compensated: $10.87 (based on Fed. MW 7.25)
Overtime hours: 24
Total wages unpaid and liquidated damages: $260.88 X 2 = $521.76

**Total Federal OT/MW Claim: $71,433.76**

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 6/30/15 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.**