UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22326-CIV-MARTlNEZ-GOODMAN

LEONARDO CRUZ TORRES
and all others similarly situated
under 29 U.S.C. 216(b),

Plaintiff,

SOLID BUILDERS, INC, and
IGNACIO HERNANDEZ,

Defendants.
_____________________________________/

**NOTICE OF SERVICE OF OFFER OF JUDGMENT**

Defendants, Solid Builders, Inc. and Ignacio Hernandez ("Defendants"), provides notice of service of an Offer of Judgement to the Plaintiff offered pursuant to Federal Rule of Civil Procedure 68, and § 768.79, Fla. Stat. (2016).

Respectfully submitted,

**OBRONT COREY, PLLC**
*Attorneys for Defendants*
Southeast Financial Center
200 South Biscayne Boulevard
Suite 2940
Miami, Florida 33131
Phone: (305) 373-1040
Fax: (305) 373-2040
E-mail: trpoole@obrontcorey.com

By: */s/ Thomas R. Poole*_____
**THOMAS R. POOLE**
Florida Bar No. 41931

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of April, 2016, that the foregoing document was filed via CM/ECF and was further served on all counsel of record *via* CM/ECF transmission.

*/s/ Thomas R. Poole* ______

**SERVICE LIST**

K. David Kelly, Esq.
Rivkah Fay Jaff, Esq.
Jamie H. Zidell, Esq.
**J.H. Zidell, P.A.**
Counsel for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Emails: (1) rivkah.jaff@gmail.com; and
(2) david.kelly38@rocketmail.com.