UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-22326-CIV-MARTINEZ-GOODMAN**

LEONARDO CRUZ TORRES and all others
similarly situated under 29 U.S.C. 216(b),
Plaintiff,

vs.

SOLID BUILDERS, INC., and IGNACIO
HERNANDEZ,
Defendants.
_______________________________________/

**ORDER REVISING SCHEDULING ORDER**

THIS CAUSE came before the Court upon a *sua sponte* review of the record. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The previous calendar call and trial dates are hereby **CANCELLED**.

2. After the Court has ruled on Defendants' Motion for Summary Judgment [ECF No. 62], the Court will reset any necessary pretrial deadlines.

3. Plaintiff's Unopposed Motion to be Excused from the First Day of Trial [ECF No. 73] and the parties' Joint Motion to Enlarge Time to file Pretrial Stipulation [ECF No. 74] are **DENIED as MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of May, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record