UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-22326-CIV-MARTINEZ-GOODMAN**

LEONARDO CRUZ TORRES and all others similarly situated under 29 U.S.C. § 216(b),

Plaintiff,

vs.

SOLID BUILDERS, INC., and IGNACIO HERNANDEZ,

Defendants.
_______________________________________/

**ORDER GRANTING WITHDRAWAL OF COUNSEL AND REQUIRING DEFENDANTS TO FILE NOTICE**

THIS CAUSE came before the Court upon Defense Counsel's Motion to Withdraw as Attorney of Record [ECF No. 77]. It is, hereby:

**ORDERED AND ADJUDGED** that

1. Defense Counsel's Motion to Withdraw as Attorney of Record [ECF No. 77] is **GRANTED**. Counsel, Michael Corey, Esq., Thomas R. Poole, Esq., and the firm of Obront Corey PLLC SHALL BE PERMITTED to withdraw as Attorney of Record. Counsel shall, first, send a copy of this Order to its clients and file with the Clerk a certification of service.

2. Defendant Solid Builders, Inc. SHALL retain new counsel, and new counsel SHALL file a Notice of Appearance **on or before April 7, 2017**. A corporation must be represented by counsel and cannot proceed *pro se*. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Failure to comply with this Order SHALL result in the entry of default final judgment.

3. Defendant Ignacio Hernandez, SHALL **on or before April 7, 2017** either:

   a. retain new counsel, and new counsel SHALL file a Notice of Appearance; or

b. file a Notice of Intent to Proceed *Pro Se*.

Failure to comply with this Order SHALL result in the entry of default final judgment.

4. This case is **STAYED** pending each Defendant filing a notice as required by this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of March, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record