UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22326-CIV-MARTINEZ/GOODMAN

LEONARDO CRUZ TORRES and all others
similarly situated under 29 U.S.C. 216(b),

    plaintiff,

vs.

SOLID BUILDERS, INC. and
IGNACIO HERNZNDEZ,

    defendants.
_____/

## ORDER LIFTYING STAY & RE-OPENING FILE

**THIS CAUSE** is before the court sua sponte for review of the Court file. In light of the order setting aside the Clerk's Default and directing the submission of a joint scheduling report [DE 93], the previous order of stay [DE 78] is **LIFTED.**

It is further **ORDERED AND ADJUDGED**:

The Clerk of Court is directed to **RE-OPEN** this action.

**DONE AND ORDERED** in Chambers at Miami, Florida this __10__ day of May, 2018.

                                                                  Jose E. Martinez
                                                        United States District Judge

cc.
All counsel