UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 15-22326-CIV-MARTINEZ-GOODMAN

LEONARDO CRUZ TORRES and all others
similarly situated under 29 U.S.C. § 216(b),
    Plaintiff,

vs.

SOLID BUILDERS, INC., and IGNACIO
HERNANDEZ,
    Defendants.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon Plaintiff's Notice of Defendants' Non-Compliance with the Court's Order and Request for Entry of Final Default Judgment against Defendants, Jointly and Severally [ECF No. 69]. The Court previously issued an order, dated August 27, 2018, requiring Defendants Solid Builders, Inc. and Ignacio Hernandez to retain counsel and have said counsel file a notice of appearance on or before September 7, 2018. In the case of Ignacio Hernandez, the Court ordered him to file a Notice of Intent to Proceed *Pro Se* on or before September 7, 2018, if he chose to proceed without an attorney [ECF No. 107]. The Court has reviewed the record in this action and is otherwise fully advised in the premises. To date, Defendants Solid Builders, Inc. and Ignacio Hernandez have not complied with the Court's prior order [ECF No. 107]. Accordingly, after careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff shall file a Motion for Default Final Judgment no later than **October 8, 2018**, that includes affidavits of the amount due by Defendants, if necessary, and any other supporting documentation necessary to determine the measure of damages. The Court notes that Plaintiff has previously filed a Motion for Final Default Judgment [ECF No. 110]. If Plaintiff

- 2 -

does not intend to amend his motion [ECF No. 110], Plaintiff shall send a copy of the previously filed motion to Defendants' counsel or to Defendants, if a Defendant does not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and where it was sent.

2. If Defendants fail to respond to this Court's prior order [ECF No. 107] by **October 12, 2018,** then default final judgment may be entered. Simply put for individuals without an attorney, if Defendants do not send an objection to the Clerk of Court before the above deadline, then Plaintiff may be able to obtain the relief requested in Plaintiff's Amended Complaint.

3. Plaintiff shall **immediately** send a copy of this Order to Defendants Solid Builders, Inc. and Ignacio Hernandez and file a certificate of service on the record.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of October, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record