UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 15-22326-CIV-MARTINEZ-GOODMAN

LEONARDO CRUZ TORRES and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

SOLID BUILDERS, INC., and IGNACIO
HERNANDEZ,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Renewed Motion for Final Default Judgment Pursuant to 29 U.S.C. 216(b) as to Defendants Solid Builders, Inc., and Ignacio Hernandez, Jointly and Severally, and for Enlargement of Time to File One Motion Regarding Fees and Costs Including Future Fees Regarding Collection of Default at the Conclusion of Collection ("Motion for Final Default Judgment") [ECF No. 115]. The Court previously issued an Order, dated August 27, 2018, requiring Defendants Solid Builders, Inc. and Ignacio Hernandez to retain counsel and have said counsel file a notice of appearance on or before September 7, 2018 [ECF No. 107]. In the case of Ignacio Hernandez, the Court ordered him to file a Notice of Intent to Proceed *Pro Se* on or before September 7, 2018, if he chose to proceed without an attorney. *Id.* Prior counsel for Defendants filed a certificate of service on the record, advising that he provided a copy of the Court's prior order to Defendants via U.S. mail and e-mail [ECF No. 111]. In light of Defendants' non-compliance with the Court's order, the Court instructed the Clerk to enter default against Defendants on October 3, 2018. On the same date,

the Court entered an Order on Default Final Judgment Procedure [ECF No. 114], stating that "[i]f Defendants fail to respond to this Court's prior order [ECF No. 107] by October 12, 2018, then default judgment may be entered." In accordance with this Court's Order on Default Final Judgment Procedure, Plaintiff sent a copy of the Court's order to Defendants and filed a certificate of service on October 4, 2018 [ECF No. 116]. To date, Defendants have not complied with the Court's prior orders. The Court has carefully considered the Motion for Final Default Judgment, the record in this action, and is otherwise fully advised in the premises. After careful consideration, it is

**ORDERED AND ADJUDGED** that

1. Plaintiff's Renewed Motion for Final Default Judgment Pursuant to 29 U.S.C. 216(b) as to Defendants, SOLID BUILDERS, INC. and IGNACIO HERNANDEZ, Jointly and Severally, for Claim, Fees and Costs, Including Future Fees Regarding Collection of Default [ECF No. 115] is **GRANTED.**

2. Judgment shall be entered in favor of Plaintiff, LEONARDO CRUZ TORRES, and against Defendants, SOLID BUILDERS, INC. and IGNACIO HERNANDEZ, jointly and severally, in the amount of **$137,711.00**, exclusive of attorneys' fees and costs. This judgment shall bear interest in accordance with 29 U.S.C. § 1961.

3. Further, Plaintiff's counsel, J.H. Zidell, P.A., shall be entitled to collect reasonable attorneys' fees and costs to date along with future reasonable attorneys' fees and costs upon collection of the final default to be filed in one motion within ninety (90) days from the date Plaintiff files a Notice of Satisfaction following collection of damages awarded. Plaintiff's counsel, J.H. Zidell, P.A., shall take fees and costs from Defendants, SOLID BUILDERS, INC. and IGNACIO HERNANDEZ, jointly and

severally, which sum shall be determined by the Court at the conclusion of collection and said sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution shall issue. *See DiFrancesco v. Home Furniture Liquidators, Inc.,* 2009 U.S. Dist. LEXIS 736 (S.D. Fla. Jan. 6, 2009). The Court shall retain jurisdiction to entertain said fees and cost motion which will include fees and costs to date along with fees and costs associated with collection of the default.

4. The Clerk of the Court is instructed to **CLOSE** the case. Any pending motions are **DENIED as moot**.

5. A final default judgment will be entered in favor of Plaintiff and against Defendants, jointly and severally, in conformity with this Order.

6. The Court reserves jurisdiction to enter such other and further orders as deemed proper.

DONE AND ORDERED in Chambers, Miami, Florida on this 7 day of November, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record