UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 15-22326-CIV-MARTINEZ-GOODMAN

LEONARDO CRUZ TORRES and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

SOLID BUILDERS, INC., and IGNACIO
HERNANDEZ,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT PURSUANT TO 29 U.S.C 216(b) AS TO SOLID BUILDERS, INC. AND IGNACIO HERNANDEZ, JOINTLY AND SEVERALLY

Pursuant to 29 U.S.C. 216(b) it is hereby ordered and adjudged that the Plaintiff, LEONARDO CRUZ TORRES, c/o the Client Trust Account of J.H. Zidell P.A., shall take the following total sums from Defendants, SOLID BUILDERS, INC. and IGNACIO HERNANDEZ, jointly and severally, regarding damages for Plaintiff's unpaid overtime wage claims sounding under the FLSA, which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue for in the amount of **$137,711.00**, exclusive of attorneys' fees and costs. This judgment shall bear interest in accordance with 29 U.S.C. § 1961.

Further, Plaintiff's counsel, J.H. Zidell, P.A., shall be entitled to collect reasonable attorneys' fees and costs to date along with future reasonable attorneys' fees and costs upon collection of the final default to be filed in one motion within ninety (90) days from the date Plaintiff files a Notice of Satisfaction following collection of damages awarded. Plaintiff's

counsel, J.H. Zidell, P.A., shall take fees and costs from Defendants, SOLID BUILDERS, INC. and IGNACIO HERNANDEZ, jointly and severally, which sum shall be determined by the Court at the conclusion of collection and said sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution shall issue. *See DiFrancesco v. Home Furniture Liquidators, Inc.*, 2009 U.S. Dist. LEXIS 736 (S.D. Fla. Jan. 6, 2009). The Court shall retain jurisdiction to entertain said fees and cost motion which will include fees and costs to date along with fees and costs associated with collection of the default.

DONE AND ORDERED in Chambers, Miami, Florida on this __7__ day of November, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record